# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 18-296-ODW (SP) | Date | May 29, 2018 |
| Title | MARIA MILAGROS ROSAL v. DAVID A. WILLIAMS, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): | |
| None Appearing | None Appearing | |

**Proceedings:** (In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service

On February 9, 2018, plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against defendants David A. Williams, G. Jacqueline Pelaze, and the Superior Court of California, County of San Bernardino Fontana Courthouse. On February 12, 2018, the court issued its Initial Civil Rights Case Order and Notice of Time Limit for Serving Complaint in this matter. The Order advised plaintiff that the summons and complaint must be served on each named defendant in accordance with Federal Rule of Civil Procedure 4(m) by May 10, 2018, and specifically ordered that a proof of such service must be filed with the court not later than May 17, 2018. The court warned plaintiff that failure to comply with this requirement may result in the dismissal of any unserved defendants.

To date, the court has not received a proof of service on any defendant. Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so. It appears now that plaintiff has violated the court's order and is not properly prosecuting this action.

Accordingly, plaintiff is ORDERED to show cause in writing by **June 13, 2018** why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendants within the required time period, as directed in the Initial Civil Right Order. Plaintiff may discharge this Order to Show Cause by filing, not later than June 13, 2018, proof of service of the summons and complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-296-ODW (SP) | Date | May 29, 2018 |
|---|---|---|---|
| Title | MARIA MILAGROS ROSAL v. DAVID A. WILLIAMS, et al. | | |

**The court warns plaintiff that failure to respond to the Order to Show Cause by June 13, 2018, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**