JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA MILAGROS ROSAL, | Case No. 5:18-0296- ODW (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| DAVID A. WILLIAMS, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice for failure to prosecute and obey court orders.

Dated: September 13, 2018

_____
THE HONORABLE OTIS D. WRIGHT, II
United States District Judge